IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEPHANIE HUTCHISON, TANIA SUAZO CRUZ, and DORIS RAMIREZ, | : : : : : : : : : : | CIVIL ACTION FILE NO. 1:23-cv-02805-SCJ |
| Plaintiffs, | | |
| vs. | | |
| THE PKWY 750 KENNESAW, LLC, | | |
| Defendant. | | |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

   Plaintiff Stephanie Hutchison

   Plaintiff Tania Suazo Cruz

   Plaintiff Doris Ramirez

   Defendant The Pkwy 750 Kennesaw, LLC

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in, or other interest, which could be substantially affected by the outcome of this case:

    None.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

For Plaintiffs:

    Mitchell D. Benjamin
    DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC

    Charles R. Bridgers
    DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC

For Defendant:

    Unknown.

4. [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

N/A.

Dated: June 26, 2023

| | |
|---|---|
| 101 Marietta Street<br>Suite 2650<br>Atlanta, Georgia 30303<br>(404) 979-3150<br>(404) 979-3170 (f)<br>benjamin@dcbflegal.com<br>charlesbridgers@dcbflegal.com | **Delong Caldwell Bridgers**<br>**Fitzpatrick & Benjamin, LLC**<br><br>*/s/ Mitchell D. Benjamin*<br>Mitchell D. Benjamin<br>Ga. Bar No. 049888<br><br>*/s/Charles R. Bridgers*<br>Charles R. Bridgers<br>Ga. Bar No. 080791<br><br>Counsel for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| STEPHANIE HUTCHISON, TANIA SUAZO CRUZ, and DORIS RAMIREZ, | : | |
|---|---|---|
| | : | CIVIL ACTION |
| Plaintiffs, | : | FILE NO. |
| | : | 1:23-cv-02805-SCJ |
| vs. | : | |
| THE PKWY 750 KENNESAW, LLC, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing document with the Clerk via the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record.

Dated: June 26, 2023

**DELONG, CALDWELL, BRIDGERS,
FITZPATRICK, & BENJAMIN, LLC**

*/s/ Mitchell D. Benjamin*
Mitchell D. Benjamin
Ga. Bar No. 049888