06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| EPHANIE HUTCHISON, TANIA SUAZO CRUZ, and DORIS RAMIREZ <br><br> *Plaintiff(s)* <br> v. <br> THE PKWY 750 KENNESAW, LLC <br><br> *Defendant(s)* | Civil Action No.  1:23-cv-2805 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Pkwy 750 Kennesaw, LLC
by and through its registered agent
Joseph Hoffman
5555 Glenridge Connector, Suite 800
Atlanta, Georgia 30342

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mitchell D. Benjamin and Charles R. Bridgers
    DeLong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC
    101 Marietta Street, NW, Suite 2650
    Atlanta, GA 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*



Date: ___06/22/2023___

                        s/Stephanie Wilson-Bynum
                        *Signature of Clerk or Deputy Clerk*

/12) Summons in a Civil Action (Page 2)

on No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Pkwy 750 Kennesaw, LLC
received by me on *(date)* 6/26/28.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Joseph Hoffman, who is
designated by law to accept service of process on behalf of *(name of organization)* The Pkwy 750
Kennesaw, LLC on *(date)* 6/28/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/28/23

*Server's signature*

Wiley P. Handley   Process Server
*Printed name and title*

1271 Avondale Ave
Atlanta GA 30312
*Server's address*

Additional information regarding attempted service, etc: