IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEPHANIE HUTCHINSON, et al.

   Plaintiffs,

v.

THE PKWY 750 KENNESAW, LLC,

   Defendant.

CIVIL ACTION FILE

No. 1:23-CV-2805-SCJ

**O R D E R**

Pursuant to Local Rule 16.2 N.D.Ga., the parties were required to file their Joint Preliminary Report and Discovery Plan by September 17, 2023, which they failed to do.  On November 21, 2023, the Court issued an Order for the Parties to file the required document no later than December 1, 2023. Doc. No. [9] Again, nothing was filed.

Accordingly, Plaintiffs are **ORDERED** to show cause within seven days from the date of this Order why this action should not be dismissed without prejudice for want of prosecution pursuant to Local Rule 41.3(A)(2).

The Clerk is **DIRECTED** to submit this matter upon the filing by Plaintiff of a response to this order or on December 14, 2023.

**IT IS SO ORDERED** this 6th day of December, 2023.

/s/ Steve C. Jones
**HONORABLE STEVE C. JONES**
**United States District Judge**

2