IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEPHANIE HUTCHINSON, et al.

   Plaintiffs,

v.

THE PKWY 750 KENNESAW, LLC,

   Defendant.

CIVIL ACTION FILE

No. 1:23-CV-2805-SCJ

## ORDER

Following the Parties' failure to file a Joint Preliminary Report and Discovery Plan by December 1, 2023, as required by the Court (Doc. No. [9]), the Court directed Plaintiffs to show cause why this action should not be dismissed without prejudice for want of prosecution. Doc. No. [10]. Shortly thereafter, the Parties filed their Joint Preliminary Report and Discovery Plan (Doc. No. [11]), and on December 7, 2023, responded to the Show Cause Order (Doc. No. [12]).

While the Parties' response does not provide a fulsome explanation of their failure to timely file the Joint Preliminary Report and Discovery Plan, the Parties have nevertheless corrected the deficiency by filing the Joint Preliminary Report

and Discovery Plan. Accordingly, the Court will not dismiss this action for want of prosecution pursuant to Local Rule 41.3(A)(2).

Upon review of the docket, the Court notes that counsel for Defendant has failed to file a Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3.

Accordingly, Defendant's counsel is **ORDERED** to file a Certificate of Interested Persons and Corporate Disclosure Statement within fourteen days from the date of this Order.

The Court expects that the Parties shall strictly abide by all relevant deadlines going forward.

The Clerk is **DIRECTED** to submit this matter upon the filing by Defendant of a Certificate of Interested Persons and Corporate Disclosure Statement or on December 26, 2023.

IT IS SO ORDERED this 7th day of December, 2023.

_____
HONORABLE STEVE C. JONES
United States District Judge

2